IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BANK OF AMERICA,

    Plaintiff,

vs.

AMY C. GENTRY, UNKNOWN HEIRS
AND LEGATEES OF AMY C. GENTRY,
UNKNOWN OWNERS AND NON-RECORD
CLAIMANTS and SECRETARY OF
HOUSING AND URBAN DEVELOPMENT,

    Defendants.

Case No. 13-cv-620-SMY-SCW

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Bank of America's Motion for Summary Judgment (Doc. 43). Defendant Secretary of Housing and Urban Development filed its response (Doc. 47). In its motion, Plaintiff contends its mortgage is superior to Defendant's lien. The evidence indicates Plaintiff recorded its mortgage on June 29, 2005. Defendant recorded its lien on April 11, 2007. Defendant admitted as much in its Answer to Plaintiff's Complaint (Doc. 21). As such, Plaintiff's mortgage is superior to Defendant's lien. *See Cole Taylor Bank v. Cole Taylor Bank*, 586 N.E.2d 775, 780 (Ill. App. Ct. 1992) ("Generally a lien which is first in time has priority and is entitled to prior satisfaction out of the property it binds.). Accordingly, the Court **GRANTS** Plaintiff's Motion for Summary Judgment (Doc. 43) finding that Plaintiff may proceed to foreclose the subject property with Defendant's lien being secondary and subordinate to Plaintiff's mortgage.

**IT IS SO ORDERED.**

**DATED:** December 18, 2014

                                                s/ Staci M. Yandle
                                             **STACI M. YANDLE**
                                             **DISTRICT JUDGE**